Tyson M. Takeuchi, SBN 177419
Scott Kosner, SBN 172379
THE LAW OFFICES OF TYSON TAKEUCHI
1100 Wilshire Blvd., Suite 2606
Los Angeles, CA 90017
Telephone: (213) 637-1566
Facsimile: (888) 977-6310
tyson@tysonfirm.com
scottk@tysonfirm.com

Attorney for Debtor

**FILED & ENTERED**

APR 08 2015

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Bever    **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| In re: | ) Case No.: 1:15-bk-10735-VK |
|---|---|
| OHANNES KAYZAKIAN, | ) Chapter 7 |
| Debtor. | ) ORDER GRANTING DEBTOR'S MOTION ) FOR ORDER ABANDONING PROPERTY ) OF THE BANKRUPTCY ESTATE: 13806 ) BESSEMER STREET, VAN NUYS, CA ) 91401 ) ) [No Hearing Requested] |

Pursuant to the Debtor's Motion for Order to Abandon Property of the Bankruptcy Estate filed on March 4, 2015 by Debtor Ohannes Kayzakian (the "Debtor"), the Debtor moved for an order abandoning the real property located at 13806 Bessemer Street, Van Nuys, CA 91401 (the "Property") from the bankruptcy estate in order to short sell said real property. Having reviewed the Motion and all papers submitted in support thereof; no opposition having been filed thereto; and good cause appearing, it is hereby:

ORDERED, that the subject property, located at 13806 Bessemer Street, Van Nuys, CA 91401, is of inconsequential value

---

ORDER

1  to the bankruptcy estate and is abandoned by the Bankruptcy
2  Court and Chapter 7 Trustee from the estate of the instant case.
3                                    ###

Date: April 8, 2015

Victoria S. Kaufman
United States Bankruptcy Judge

ORDER